Tanya E. Moore, State Bar No. 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff Ronald Moore

Ryan M. McNamara, State Bar No. 223606
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100
Rmcnamara@calljensen.com

Attorneys for Defendants Fresno Shaw Blackstone, LLC, Bertao Family Industries, Inc. dba Papa Murphy's, Dimas Manuel Inc. dba Ramos Furniture Home Store, Four Brothers, Inc., dba Ramos Furniture Home Store and Ali Abdullah dba US Furniture

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>    vs.<br><br>FRESNO SHAW BLACKSTONE, LLC, a California limited liability company; BERTAO FAMILY INDUSTRIES, INC., a California corporation, dba PAPA MURPHY'S; AL BAWADI, INC., a California corporation, dba ELBASHA | Case No.  13-CV-00528 AWI (GSAx)<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS FRESNO SHAW BLACKSTONE, LLC, BERTAO FAMILY INDUSTRIES, INC. dba PAPA MURPHY'S, DIMAS MANUEL INC. dba RAMOS FURNITURE HOME STORE, FOUR BROTHERS, INC. dba RAMOS FURNITURE HOME STORE AND ALI ABDULLAH dba US FURNITURE** |

| | |
|---|---|
| MEDITERRANEAN GRILL & HOOKAH; DIMAS MANUEL INC., a California corporation, dba RAMOS FURNITURE HOME STORE; FOUR BROTHERS, INC., a California corporation, dba RAMOS FURNITURE HOME STORE; ALI ABDULLAH, dba US FURNITURE,<br><br>   Defendants. | TO RESPOND TO COMPLAINT; ORDER THEREON |

Complaint Filed: April 12, 2013
Trial Date:     None Set

Plaintiff Ronald Moore, by and through his undersigned counsel, and Defendants Fresno Shaw Blackstone, LLC, Bertao Family Industries, Inc. dba Papa Murphy's, Dimas Manuel Inc. dba Ramos Furniture Home Store, Four Brothers, Inc. dba Ramos Furniture Home Store and Ali Abdullah dba US Furniture (collectively "the Parties"), by and through their undersigned counsel, hereby agree as follows:

WHEREAS, Defendant Four Brothers, Inc. was served on April 22, 2013;

WHEREAS, Defendant Dimas Manuel Inc. was served on April 24, 2013;

WHEREAS, Defendant Ali Abdullah was served on April 25, 2013;

WHEREAS, Bertao Family Industries, Inc. was served on May 2, 2013;

WHEREAS, a stipulation to extend the initial response deadline for Defendants Al Bawadi, Inc., Bertao Family Industries, Inc., Dimas Manuel Inc., Four Brothers, Inc. and Fresno Shaw Blackstone, LLC was filed on May 13, 2013 extending the deadline to June 10, 2013;

WHEREAS, Fresno Shaw Blackstone, LLC waived formal service on May 14, 2013 and, in an effort to conserve litigation resources, agreed to have its undersigned counsel accept service on its behalf;

WHEREAS, a stipulation to extend the initial response deadline for Defendant Ali Abdullah was filed on May 28, 2013 extending the deadline to June 10, 2013;

WHEREAS, counsel for the Parties have engaged in successful settlement negotiations since the filing of the initial stipulations to extend time and are in the process of finalizing resolution of this dispute as between them;

WHEREAS, counsel for the Parties desire to conserve the resources of the Court as well as their own respective resources by avoiding incurring additional attorneys' fees and costs associated with responsive filings which will likely prove unnecessary due to settlement;

WHEREAS, having good cause, the Parties jointly request additional time to allow the Parties to finalize resolution of this dispute as between them;

NOW THEREFORE, is it hereby stipulated that Defendants Fresno Shaw Blackstone, LLC, Bertao Family Industries, Inc. dba Papa Murphy's, Dimas Manuel Inc. dba Ramos Furniture Home Store, Four Brothers, Inc. dba Ramos Furniture Home Store and Ali Abdullah dba US Furniture shall have to and including July 8, 2013 to respond or otherwise move this Court regarding the Complaint.

Dated:  June 11, 2013         MOORE LAW FIRM, P.C.

                              By:  /s/Tanya E. Moore
                                   Tanya E. Moore

                              Attorneys for Plaintiff Ronald Moore

Dated:  June 11, 2013         CALL & JENSEN
                              A Professional Corporation
                              Ryan M. McNamara

                              By:  /s/Ryan M. McNamara
                                   Ryan M. McNamara

                              Attorneys for Defendants Fresno Shaw Blackstone, LLC, Bertao Family Industries, Inc. dba Papa Murphy's, Dimas Manuel Inc. dba Ramos Furniture Home Store, Four Brothers, Inc., dba Ramos Furniture Home Store and Ali Abdullah dba US Furniture

## Signature Certification

I hereby certify that the content of this document is acceptable to Tanya E. Moore, counsel for Plaintiff Ronald Moore, and that I have obtained Ms. Moore's authorization to affix her electronic signature to this document.

By: <u>  /s/Ryan M. McNamara            </u>
Ryan M. McNamara

## **ORDER**

Based on the Stipulation of the Parties above (also at Doc. 16), and for good cause shown, it is HEREBY ORDERED as follows:

1. Defendants Fresno Shaw Blackstone, LLC, Bertao Family Industries, Inc. dba Papa Murphy's, Dimas Manuel Inc. dba Ramos Furniture Home Store, Four Brothers, Inc. dba Ramos Furniture Home Store and Ali Abdullah dba US Furniture shall have up to and including July 8, 2013 to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **June 11, 2013**            <u>     /s/ Gary S. Austin        </u>
UNITED STATES MAGISTRATE JUDGE