Tanya E. Moore, State Bar No. 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff Ronald Moore

Ryan M. McNamara, State Bar No. 223606
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100
Rmcnamara@calljensen.com

Attorneys for Defendants Fresno Shaw Blackstone, LLC,
Bertao Family Industries, Inc. dba Papa Murphy's, Al Bawadi, Inc.
dba Elbasha Mediterranean Grill & Hookah, Dimas Manuel Inc.
dba Ramos Furniture Home Store, Four Brothers, Inc., dba Ramos
Furniture Home Store and Ali Abdullah dba US Furniture

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>        vs.<br><br>FRESNO SHAW BLACKSTONE, LLC, a<br>California limited liability company;<br>BERTAO FAMILY INDUSTRIES, INC., a<br>California corporation, dba PAPA<br>MURPHY'S; AL BAWADI, INC., a<br>California corporation, dba ELBASHA | Case No.  13-CV-00528 AWI (GSAx)<br><br>**STIPULATION FOR EXTENSION OF<br>TIME FOR DEFENDANT AL<br>BAWADI, INC. TO RESPOND TO<br>COMPLAINT; ORDER THEREON** |

MEDITERRANEAN GRILL & HOOKAH;
DIMAS MANUEL INC., a California
corporation, dba RAMOS FURNITURE
HOME STORE; FOUR BROTHERS,
INC., a California corporation, dba
RAMOS FURNITURE HOME STORE;
ALI ABDULLAH, dba US FURNITURE,

Complaint Filed:   April 12, 2013
Trial Date:   None Set

            Defendants.

        Plaintiff Ronald Moore, by and through his undersigned counsel, and Defendant

Al Bawadi, Inc. dba Elbasha Mediterranean Grill & Hookah (collectively "the Parties"),

by and through  their undersigned counsel, hereby agree as follows:

        WHEREAS, Defendant Al Bawadi, Inc. dba Elbasha Mediterranean Grill &

Hookah ("Al Bawadi, Inc.") was served on April 24, 2013;

        WHEREAS, a stipulation to extend the initial response deadline for Defendants

Al Bawadi, Inc., Bertao Family Industries, Inc., Dimas Manuel Inc., Four Brothers, Inc.

and Fresno Shaw Blackstone, LLC was filed on May 13, 2013 extending the deadline to

June 10, 2013;

        WHEREAS, counsel for the Parties have engaged in successful settlement

negotiations since the filing of the initial stipulations to extend time and are in the

process of finalizing resolution of this dispute as between them;

        WHEREAS, counsel for the Parties desire to conserve the resources of the Court

as well as their own respective resources by avoiding incurring additional attorneys'

fees and costs associated with responsive filings which will likely prove unnecessary

due to settlement;

        WHEREAS, having good cause, the Parties jointly request additional time to

allow the Parties to finalize resolution of this dispute as between them;

NOW THEREFORE, is it hereby stipulated that Defendant Al Bawadi, Inc. shall have to and including July 8, 2013 to respond or otherwise move this Court regarding the Complaint.

Dated:  June 13, 2013                    MOORE LAW FIRM, P.C.


                                         By:   /s/Tanya E. Moore
                                             Tanya E. Moore

                                         Attorneys for Plaintiff Ronald Moore

Dated:  June 13, 2013                    CALL & JENSEN
                                         A Professional Corporation
                                         Ryan M. McNamara


                                         By:   /s/Ryan M. McNamara
                                             Ryan M. McNamara

                                         Attorneys for Defendants Fresno Shaw Blackstone, LLC, Bertao Family Industries, Inc. dba Papa Murphy's, Al Bawadi, Inc. dba Elbasha Mediterranean Grill & Hookah, Dimas Manuel Inc. dba Ramos Furniture Home Store, Four Brothers, Inc., dba Ramos Furniture Home Store and Ali Abdullah dba US Furniture

**Signature Certification**

I hereby certify that the content of this document is acceptable to Tanya E. Moore, counsel for Plaintiff Ronald Moore, and that I have obtained Ms. Moore's authorization to affix her electronic signature to this document.

                                         By:   /s/Ryan M. McNamara
                                             Ryan M. McNamara


/ / /

/ / /

/ / /

1

2

## <u>ORDER</u>

Based on the Stipulation of the Parties included above (also at Doc. 18), and for good cause shown, IT IS HEREBY ORDERED as follows:

1.          Defendant Al Bawadi, Inc. shall have up to and including July 8, 2013 to answer or otherwise respond to the complaint in this matter.

IT IS SO ORDERED.

Dated:   **June 13, 2013**                    **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE