1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>           Plaintiff,<br><br>     vs.<br><br>FRESNO SHAW BLACKSTONE, LLC, et al.,<br><br>           Defendants. | No.  1:13-cv-00528-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Fresno Shaw Blackstone, LLC, Bertao Family Industries, Inc. dba Papa Murphys, Al Bawadi, Inc. dba Elbasha Mediterranean Grill & Hookah, Four Brothers, Inc. dba Ramos Furniture Home Store, Dimas Manuel Inc. dba Ramos Furniture Home Store, and Ali Abdullah dba US Furniture, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: July 29, 2013                                MOORE LAW FIRM, P.C.


                                                   */s/ Tanya E. Moore*
                                                   Tanya E. Moore
                                                   Attorneys for Plaintiff
                                                   Ronald Moore

*Moore v. Fresno Shaw Blackstone, LLC, et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

Date: July 29, 2013                               CALL & JENSEN

*/s/ Ryan M. McNamara*
Ryan M. McNamara
Attorneys for Defendants
Fresno Shaw Blackstone, LLC, Bertao Family Industries, Inc. dba Papa Murphys, Al Bawadi, Inc. dba Elbasha Mediterranean Grill & Hookah, Four Brothers, Inc. dba Ramos Furniture Home Store, and Ali Abdullah dba US Furniture

### **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  July 29, 2013                               _____
                                                    SENIOR DISTRICT JUDGE

*Moore v. Fresno Shaw Blackstone, LLC, et al.*
Stipulation for Dismissal of Action; [Proposed] Order